

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TODD HARRIS GOLDMAN<br><br>                        Debtor | BK No:   18-12979-MB<br><br>ADV No.:   19-01048-MB |
| NICOLE GOLDMAN<br><br>                        Plaintiff | **NOTICE OF RESCHEDULED STATUS CONFERENCE** |
| v<br><br>OSTRICH HOUSE, LLC;<br>TODD GOLDMAN;<br>JASMIN ISMAIL<br>                        Defendant(s) | <u>CURRENT DATE AND TIME</u><br>Date:   May 30, 2023<br>Time:   1:30 PM<br>Place:   Courtroom 303<br><br><u>NEW DATE AND TIME</u><br>Date    **AUGUST 29, 2023**<br>Time:   **1:30 P.M.**<br>Place:   **Courtroom 303**<br>**See Attached ZoomGov connection information** |

TO: SEE ATTACHED:

PLEASE TAKE NOTICE THAT ON THE COURT'S OWN MOTION,

the status conference in the above adversary proceeding originally scheduled for May 30, 2023 at 1:30 PM in Courtroom 303 has been changed to **August 29, 2023 at 1:30 PM** before the Honorable Martin R. Barash in Courtroom 303 of the United States Bankruptcy Court, San Fernando Valley Division, 21041 Burbank Blvd., Woodland Hills, CA 91367.

Dated: May 30, 2023

                                                              /s/ *Julie Cetulio*
                                                                Deputy Clerk

I HEREBY CERTIFY that a copy of the NOTICE attached hereto was served either by Notice of Electronic Filing ("NEF") or by U.S. Mail, as indicated below, to the following parties on May 30, 2023

**NEF (electronic service)**

- **Richard Burstein**   rburstein@bg.law, ecf@bg.law
- **Jorge A Gaitan**   ecf@bg.law, jgaitan@bg.law
- **Susan I Montgomery**   susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- **Michael D Sobkowiak**   msobkowiak@flg-law.com, jfriedman@flg-law.com;jmartinez@flg-law.com;cbryant@flg-law.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **William E. Winfield**   wwinfield@calattys.com, scuevas@calattys.com

**U.S Mail**

Todd Harris Goldman
1313 5th Ave N#7
Nashville TN 37208

Kathy Campbell, Clerk of Court
U.S. Bankruptcy Court

By: /s/ Julie Cetulio
Courtroom Deputy

**All hearings on this calendar will be conducted remotely, using ZoomGov video and audio.**

Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below.

Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply).

Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required. The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record.

**Video/audio web address:**     https://cacb.zoomgov.com/j/1612104168

**ZoomGov meeting number:**     161 210 4168

**Password:**                   936961

**Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666

For more information on appearing before Judge Barash by ZoomGov, please see the information entitled "Tips for a Successful ZoomGov Court Experience" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-martin-r-barash under the tab "Telephonic Instructions."

**Judge Barash seeks to maintain a courtroom in which all persons are treated with dignity and respect, irrespective of their gender identity, expression or preference. To that end, individuals are invited to identify their preferred pronouns (he, she, they, etc.) and their preferred honorific (Mr., Miss, Ms., Mrs., Mx, M, etc.) in their screen name, or by advising the judge or courtroom deputy.**